**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.        07 C 7127 |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | Honorable John F. Grady |
| | ) | Magistrate Judge Nan R. Nolan |
| Debtor. | ) | |
| | ) | On Appeal from Bankruptcy Case No. |
| | ) | 07 B 06720, Honorable Carol A. Doyle |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on **January 2, 2007, at 10:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable John F. Grady in Courtroom 2201 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in his place and stead, and then and there present the **Trustee's Motion For Reassignment**, a copy of which has been served upon you.

Dated:  December 27, 2007

Respectfully submitted,

FRANCES GECKER, not individually, but as
Chapter 11 Trustee for the bankruptcy estate of
AUTOMOTIVE PROFESSIONALS, INC.

By:             */s/ Micah R. Krohn*
                One of her attorneys

Frances Gecker (Illinois ARDC No. 6198450)
Joseph D. Frank (Illinois ARDC No. 6216085)
Micah R. Krohn (Illinois ARDC No. 6217264)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
Phone: (312) 276-1400
Fax:    (312) 276-0035

## CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, hereby certify that on December 27, 2007, true and correct copies of the foregoing **Notice of Motion** and the **Trustee's Motion for Reassignment** to which it refers were served by electronic mail upon the parties named on the attached Service List.  In addition, true and correct copies were served electronically by operation of the Court's Electronic Filing System on all parties who are currently on the Court's Electronic Mail Notice List, a copy of which also is attached hereto.

By:___ */s/ Micah R. Krohn*_____

***McRaith, et al. v. Gecker***
**Case Nos. 07 C 7127**
**appeal from USBC No. 07 B 06720**

## SERVICE LIST

*via electronic mail*
Mary Cannon Veed
George Apostolides
Barry A. Chatz
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
mcveed@arnstein.com;
gpapostolides@arnstein.com;
bachatz@arnstein.com

*via electronic mail*
Margaret M. Anderson
Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606
panderson@lockelord.com;
cbarr@lockelord.com

*via electronic mail*
Peter Roberts
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 West Clark Street, Suite 800
Chicago, Illinois 60610
proberts@shawgussis.com

*via electronic mail*
Mark Schramm
One East Wacker Drive
Suite 2850
Chicago, Illinois 60601
marsch500@gmail.com

*via electronic mail*
Eric S. Lipper
Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, 25th Floor
Houston, Texas 77002-2728
elipper@hirschwest.com;
mdurrschmidt@hirschwest.com

*via electronic mail*
Peter Young
Katten Muchin Rosenman
525 West Monroe Street
Chicago, Illinois 60661-3693
peter.young@kattenlaw.com

*via electronic mail*
Richard Craig Friedman
Office of the United States Trustee
Northern District of Illinois
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606
richard.c.friedman@usdoj.gov

*Mailing Information for a Case 1:07-cv-07127*

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen Todd Bobo**
  sbobo@sachnoff.com

- **Erich Siegfried Buck**
  ebuck@sachnoff.com

- **John Steven Delnero**
  jdelnero@bellboyd.com,docket@bellboyd.com

- **Kenneth George Kubes**
  kkubes@sachnoff.com

- **Ronald Anthony Rascia**
  rrascia@atg.state.il.us