IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL T. MCRAITH, *et al.*, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7127 |
| | ) | |
| FRANCES GECKER, not individually | ) | Honorable John F. Grady |
| but as Chapter 11 Trustee of the estate of | ) | Magistrate Judge Nan R. Nolan |
| Automotive Professionals, Inc., | ) | |
| | ) | On Appeal of Honorable Carol A. Doyle |
| Appellee. | ) | in Bankruptcy Case No. 07 B 06720 |

**DIRECTOR OF INSURANCE MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

PEOPLE OF THE STATE OF ILLINOIS *ex rel.*, MICHAEL T. MCRAITH, Director of Insurance of the State of Illinois and in his capacity as statutory and court affirmed conservator of Automotive Professionals, Inc., appointed as overseer director, hereby moves this Honorable Court pursuant to Rule of Bankruptcy Procedure 8009, 8011 and FRCP 6(b) for an extension of time within which to file Appellant's brief. In support whereof movant states as follows:

1.  That the order which is the subject of this appeal is dated December 19, 2007 and entered December 21, 2007. Under Bankruptcy Rule of Procedure, the Appellant's brief is due 15 days from the date of entry of the order.

2.  The Assistant Attorney General responsible for the preparation and filing of the Appellant's brief, Carl Elitz, has attached an affidavit attesting to the existing Appellate commitments required in the next several weeks.

3.  That the Director of Insurance seeks additional time within which to file the Appellant's brief in this matter.

4.	That the request is not for purpose of delay but for the presentation of the legal arguments which require at least 28 additional days.

5.	The Director does not believe unfair prejudice would result by a short extension of the brief due date in this matter.

6.	The attached affidavit is not presented for purposes of delay.

**WHEREFORE** the Director of Insurance, Michael T. McRaith, moves this Honorable Court for an order granting an extension time within which to file the Appellant's brief and for other relief the Court deems equitable and just.

Respectfully submitted,

| | |
|---|---|
| LISA MADIGAN<br>ATTORNEY GENERAL<br>STATE OF ILLINOIS | By:　/s/Ronald A. Rascia<br>RONALD A. RASCIA<br>CARL ELITZ<br>Assistant Attorneys General<br>Office of the Attorney General<br>100 W. Randolph St., 13th Flr.<br>Chicago, Illinois  60601<br>(312) 814-3647/814-2109 |