IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL T. MCRAITH, *et al.*, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 07 C 7127 |
| ) | |
| FRANCES GECKER, not individually ) | Honorable John F. Grady |
| but as Chapter 11 Trustee of the estate of ) | Magistrate Judge Nan R. Nolan |
| Automotive Professionals, Inc., ) | |
| ) | On Appeal of Honorable Carol A. Doyle |
| Appellee. ) | in Bankruptcy Case No. 07 B 06720 |

## NOTICE OF MOTION

To:   All Counsel of Record,

TAKE NOTICE that I will appear before the Honorable Judge John F. Grady of said court, at the Everett McKinley Dirksen, United States Courthouse 219 South Dearborn Street, Court Room 2201 Chicago, IL 60604 on Wednesday, January 9, 2008, at 11:00 a.m. and will then and there upon call up for hearing the Director of Insurance's Motion for Extension of Time for Within Which to File Brief at which time and place you may appear if you so desire.

                                                            Respectfully submitted,

LISA MADIGAN                              By:   /s/ Ronald A. Rascia
ATTORNEY GENERAL                              RONALD A. RASCIA
STATE OF ILLINOIS                              CARL ELITZ
                                                            Assistant Attorneys General
                                                            Office of the Attorney General
                                                            100 W. Randolph St., 13th Flr.
                                                            Chicago, Illinois  60601
                                                            (312) 814-3647/814-2109

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on December 28, 2007, he caused to be filed through the Court's CM/ECF system a copy of the aforementioned documents. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

                                                            /s/ Ronald A. Rascia