UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Michael T McRaith | |
| | Plaintiff, |
| v. | Case No.: 1:07–cv–07127 |
| | Honorable John F. Grady |
| Frances Gecker, not individually, but as Chapter 11 Trustee for the bankruptcy estate of Automotive Professionals, Inc. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

MINUTE entry before Judge John F. Grady :Motion to reassign case [3] is entered and continued until 01/09/08 at 9:30 a.m. in Courtroom 1425. Motion for extension of time [8] is entered and continued until 01/09/08 at 9:30 a.m. in Courtroom 1425. Hearing set for 01/02/08 stricken.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.