UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael T McRaith

Plaintiff,

v.

Case No.: 1:07−cv−07127

Honorable John F. Grady

Frances Gecker, not individually, but as Chapter 11 Trustee for the bankruptcy estate of Automotive Professionals, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 9, 2008:

MINUTE entry before Judge John F. Grady :Motion to reassign case [3] is withdrawn and will be re−filed before Judge Lefkow for hearing. Motion for extension of time [8] is granted. Appellant's briefs due by 02/06/08. Appellee's brief due by 03/05/08. Motion hearing held on 1/9/2008 regarding motion to reassign case[3] and extension of time[8]. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.