STATE OF ILLINOIS            )
                             )   SS.
COUNTY OF COOK               )

# AFFIDAVIT

I, Carl J. Elitz, being first duly sworn, on oath depose and say:

1. I am an Assistant Attorney General in the Civil Appeals Division of the Illinois Attorney General's Office. I am responsible for representing the appellant, Michael T. McRaith, Director of Insurance of the State of Illinois, in bankruptcy appeals assigned district court numbers 07-7124, 07-7125 and 07-7127 ("the district court appeals").

2. The Directors' brief is due by February 6, 2008; the appellee's brief due by March 5, 2008.

3. I ask that the current due dates for the Director's and the appellee's brief be extended 14 days, or until February 20, 2008, for the Director's brief, and until March 19, 2008, for the appellee's brief.

4. This is the Director's second request for an extension; the first request was for an additional 28 days.

5. My request for an additional 14 days is based on recent discussions held between the Director and the Trustee regarding possible settlement of the district court appeals. I hope to use the additional time to negotiate a Settlement Agreement with the Trustee that will allow the Director to voluntarily dismiss the district court appeals.

6. Counsel for the Trustee, Micah R. Krohn of Frank/Gecker LLP, has indicated that the Trustee does not oppose my request to so extend the briefing schedule.

*[signature]*
CARL J. ELITZ

SUBSCRIBED and SWORN to before me
this 31st day of January, 2008.

*[signature]*
NOTARY PUBLIC

OFFICIAL SEAL
JACKIE M. GUNTHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-28-2011